EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244-02 SOM |
| | ) | |
| Plaintiff, | ) | UNITED STATES OF AMERICA'S |
| | ) | MOTION TO CONTINUE |
| vs. | ) | SENTENCING OF DEFENDANT JOHN |
| | ) | MESTON; CERTIFICATE OF |
| JOHN MESTON,       (02) | ) | SERVICE |
| | ) | |
| Defendant. | ) | Non-hearing Motion |
| | ) | |

UNITED STATES OF AMERICA'S MOTION TO
CONTINUE SENTENCING OF DEFENDANT JOHN MESTON

The United States moves for a continuance of Defendant John Meston's ("Meston") sentencing to a date sometime after the trial of his Co-defendant Basho Elliot ("Elliot").  Elliot's original case ended in a mistrial in May 2004, and Elliot filed an interlocutory appeal to the Ninth Circuit on the grounds that

his retrial is barred under the Double Jeopardy clause.  The appeal has resulted in a stay of the case pending appeal.

On April 18, 2006, in a published decision, the Ninth Circuit Court of Appeals denied Elliot's appeal and affirmed the district court's decision.  On or about May 1, 2006, Elliot filed a petition for rehearing and rehearing en banc.  On May 15, 2006, the government was ordered to file a response to the petition.  The government filed a response on or about June 19, 2006.  On or about June 23, 2006, Elliot filed a reply and motion for permission to file a reply.  To date, the Ninth Circuit has not yet ruled on Elliot's petition for rehearing.

Meston is currently scheduled to be sentenced on August 14, 2006.  He testified at the first trial and is one of the government's primary witnesses.  Meston's testimony will be needed at Elliot's retrial.  The government therefore requests that Meston's sentencing be continued until sometime in November of 2006.  It is unknown when the Ninth Circuit will issue its opinion on Elliot's petition for rehearing.  However, any retrial would take place approximately 70 days from the issuance of the Ninth Circuit opinion, or from the issuance of any mandate, or for a period not to exceed 180 days if other factors or if witnesses are unavailable pursuant to the Speedy Trial Act.  18 U.S.C. § 3161(e).

Defendant Meston has no objection to a continuance of his sentencing, he has complied with all his conditions of release and such a continuance would be in his best interests in order for him to reap the full benefits of a 5K Motion for Downward Departure.

WHEREFORE, the government requests that Meston's sentencing be continued to a date after the anticipated date of Elliot's retrial, sometime in November 2006. Should Elliot be successful on appeal, the parties would then seek to advance Meston's sentencing.

Dated:  August 2, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Beverly Wee Sameshima
   BEVERLY WEE SAMESHIMA
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

>JONATHAN BURGE, ESQ.
>820 Mililani Street
>Suite 502
>Honolulu, HI   96813
>
>Attorney for Defendant
>JOHN MESTON

DATED:  August 2, 2006, at Honolulu, Hawaii.

/s/ Dawn M. Aihara