IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | CONTINUE SENTENCING |
| vs. | ) | |
| | ) | |
| JOHN MESTON, | ) | **New Date: December 11, 2006** |
| | ) | **Time: 1:30 p.m.** |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION TO CONTINUE SENTENCING

On August 2, 2006, Plaintiff United States of America filed a Motion to Continue Sentencing of Defendant John Meston. The court GRANTS the motion. The sentencing hearing previously set for August 14, 2006, is now set for **Monday, December 11, 2006, at 1:30 p.m.**

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; August 3, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

USA v. John Meston; CR. 03-00244-02 SOM; ORDER GRANTING MOTION TO CONTINUE SENTENCING