EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA  #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00244-02 SOM |
| | ) | |
| Plaintiff, | ) | UNITED STATES OF AMERICA'S |
| | ) | MOTION TO CONTINUE |
| vs. | ) | SENTENCING OF DEFENDANT JOHN |
| | ) | MESTON; CERTIFICATE OF |
| JOHN MESTON,     (02) | ) | SERVICE |
| | ) | |
| Defendant. | ) | [Non-Hearing Motion] |
| | ) | |

UNITED STATES OF AMERICA'S MOTION TO
CONTINUE SENTENCING OF DEFENDANT JOHN MESTON

The United States moves for a continuance of Defendant John Meston's ("Meston") sentencing to a date sometime after the trial of his Co-defendant Basho Elliot ("Elliot").  Elliot's original case ended in a mistrial in May 2004, and Elliot filed

an interlocutory appeal to the Ninth Circuit on the grounds that his retrial is barred under the Double Jeopardy clause. The appeal resulted in a stay of the case pending appeal.

The Ninth Circuit Court of Appeals denied Elliot's appeal, and issued a published opinion on April 18, 2006. Elliot filed a petition for rehearing and rehearing en banc which was denied and an amended opinion was filed on August 28, 2006. Elliot sought a stay of the mandate and filed a petition for writ of certiorari to the United States Supreme Court which was denied on or about November 6, 2006. The retrial is now set for January 23, 2006. However, the defense has asked that the matter be rescheduled due to the unavailability of its expert witness, Frank Panessa. The parties intend to enter into a stipulation to continue the trial to February 27, 2007.

Meston is currently scheduled to be sentenced on December 11, 2006. He testified at the first trial and is one of the government's primary witnesses. Meston's testimony will be needed at Elliot's retrial. The government therefore requests that Meston's sentencing be continued to April 16, 2007 at 1:30 p.m., a date and time which was cleared with this court's courtroom manager and counsel for Meston.

Defendant Meston has no objection to a continuance of his sentencing, he has complied with all his conditions of

release and such a continuance would be in his best interests in order for him to reap the full benefits of a 5K Motion for Downward Departure.

WHEREFORE, the government requests that Meston's sentencing be continued to April 16, 2007 at 1:30 p.m.

DATED:  November 28, 2006, at Honolulu, Hawaii.

          Respectfully submitted,

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By /s/ Beverly Wee Sameshima
            BEVERLY WEE SAMESHIMA
            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by U.S. Mail:

JONATHAN BURGE, ESQ.                              November 28, 2006
820 Mililani Street
Suite 502
Honolulu, HI   96813

Attorney for Defendant JOHN MESTON

DATED:  November 28, 2006, at Honolulu, Hawaii.

/s/ Shelli Ann H. Mizukami