# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00244SOM

CASE NAME:       USA vs. (02) John Meston

ATTYS FOR PLA:   Beverly Wee Sameshima

ATTYS FOR DEFT:  02 Jonathan Burge

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:     4/16/2007                  TIME:        1:30 - 1:50

COURT ACTION: EP: Sentencing to the Indictment; Government's Motion for Downward Departure -

Defendant (02) John Meston present.

Court adopts the PSR and the USPO's recommendation, and they are placed under seal.

Court found that the defendant qualifies for the "safety valve" provisions as set forth in 18 USC Section 3553(f)(1)-(5).

Allocution by Defendant.

Government's Motion for Downward Departure - Granted.

ADJUDGED:

Imprisonment: 1 Month.

Supervised Release: 4 Years.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant serve 3 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall submit his person, residence, place of employment, vehicle, or any boat to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

The Memorandum of Plea Agreement is accepted by the Court.

Defendant advised of his right to appeal.

Mittimus is stayed until 5/16/07.

Defendant to self surrender @ 10:00 a.m. 5/16/07 at the FDC Honolulu.

Submitted by: Toni Fujinaga, Courtroom Manager.