AO 245B        (Rev. 6/05) Judgment in a Criminal Case
                Sheet 2 - Imprisonment

| CASE NUMBER: | 1:03CR00244-002 | Judgment - Page 2 of 6 |
|---|---|---|
| DEFENDANT: | JOHN MESTON, aka "John Theodore Meston," aka "John T. Meston," | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ONE (1) MONTH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[ ]    The court makes the following recommendations to the Bureau of Prisons: MAY 2 3 2007

at 4 o'clock and 30 min ___ M

[ ]    The defendant is remanded to the custody of the United States Marshal. SUE BEITIA, CLERK

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [✔] before 10:00 a.m. on 5/16/07 .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on____5-16-07____ to ____FDC Honolulu____

at ____Honolulu, HI____ , with a certified copy of this judgment.

____John T Rathman____
WARDEN    UNITED STATES MARSHAL

By ____W. Tsai____
LTF    Deputy U.S. Marshal