CORRESPONDENCE

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 *0338

CLERK
OFFICIAL BUSINESS

NIXIE      950 DE 1        00  06/25/07
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 96850497199        *2272-00527-25-04

CR03-244 SOM-01

RECEIVED
CLERK U.S DISTRICT COURT
JUN 26 2007
10:55 am by
DISTRICT OF HAWAII

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
02 1M
0004217584      $ 00.37³
            JUN 22 2007
MAILED FROM ZIP CODE 96817
PITNEY BOWES

Jonathan L. Inciong
Jonathan Burge & Associates
820 Mililani St Ste 812
Honolulu, HI 96813

## Notices

1:03-cr-00244-SOM USA v. Elliot

### U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 6/22/2007 at 8:20 AM HST and filed on 6/22/2007
**Case Name:** USA v. Elliot
**Case Number:** 1:03-cr-244
**Filer:**
**Document Number:** 277(No document attached)

### Docket Text:
NOTICE OF HEARING ON MOTION in case as to Basho Elliot [276] MOTION for bail pending appeal by Basho Elliot. Motion Hearing set for 6/25/2007 01:30 PM before JUDGE SUSAN OKI MOLLWAY. (tbf, )

### 1:03-cr-244-1 Notice has been electronically mailed to:
Beverly W. Sameshima   beverly.sameshima@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov
Joseph T. Vodnoy   jvodnoy@vodnoylaw.com

### 1:03-cr-244-1 Notice will not be electronically mailed to:

Jonathan E. Burge
Jonathan Burge Attorney at Law
820 Mililani St Ste 502
Honolulu, HI 96813

Michael Jay Green
Queen Street Building
345 Queen St 2nd Fl
Honolulu, Hi 96813

Jonathan L. Inciong
Jonathan Burge & Associates
820 Mililani St Ste 812
Honolulu, HI 96813